```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 28146
   SHEILA S DOMINICK
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2057
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     The case was filed on 07/15/2005 and was confirmed 08/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 69.04% from remaining funds.

     The case was dismissed after confirmation 08/30/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADVOCATE HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| BLUE ISLAND RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 340.00 | .00 | 234.74 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| JH STROGER HOSPITAL OF C | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICL LABORATORIES | UNSECURED | NOT FILED | .00 | .00 |
| OAKLAWN RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED OTH | 384.09 | .00 | 265.18 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| JH STROGER HOSPITAL OF C | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 699.96 | .00 | 483.25 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,905.20 | | 521.18 |
| TOM VAUGHN | TRUSTEE | | | 86.65 |
| DEBTOR REFUND | REFUND | | | 150.00 |

     Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,741.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 983.17 |
| ADMINISTRATIVE | | 521.18 |
| TRUSTEE COMPENSATION | | 86.65 |
| DEBTOR REFUND | | 150.00 |
| TOTALS | 1,741.00 | 1,741.00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 28146 SHEILA S DOMINICK

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/05/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |